UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**Brian Whitaker**,

Plaintiff,

v.

**Starbucks Corporation,** a Washington Corporation;

Defendant.

Case: No.4:21-CV-09348-HSG

[~~XXXXXXX~~] [~~proposed~~] ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including September 30, 2022.
2. All other dates that are calculated based on the inspection date are adjusted accordingly.

IT IS SO ORDERED.

Dated:  8/18/2022

*[signature: Haywood S. Gilliam Jr.]*

HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE